# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
## TRANSCRIPT ORDER FORM

Is this transcript for an appeal? If yes, an Expedited transcript is required. ☐ Yes ☑ No

**Name of Debtor (Case Name):** XTAL, Inc.
**Chapter:** 11
**Case Number:** 18-52770

**Adversary Proceeding Name:**
ASML US, INC.
vs.
XTAL, INC.
Plaintiff(s),
Defendant(s).

**Adversary Proceeding Number:** (or Miscellaneous Proceeding Number) 19-05002

**Date of Hearing:** 1/24/2019
**Time of Hearing:** 1:30 pm
(Complete a SEPARATE form for EACH hearing date)

**Hearing Judge:** Hammond
**Hearing Location:** San Jose Courtroom 3020

**Transcriber:** Echo Reporting, Inc.
**Alternate Transcriber:** Palmer Reporting Services

**Type of Transcript:**
- ☐ Ordinary (30 Days)
- ☐ 14 Days
- ☑ Expedited (7 Days)
- ☐ Daily (24 Hours)
- ☑ Entire Hearing
- ☐ Ruling/Opinion Portion Only
- ☐ Testimony of Witness
- ☐ Other/Special Instructions:

Name of Witness

**Name of Person(s) Ordering Transcript:** Richard A. Lapping
**Contact Person:** Richard A. Lapping
**Phone Number:** (415) 200-9407

**Mailing Address (include law firm name, if any):**
Trodella & Lapping LLP
540 Pacific Avenue
San Francisco, CA 94133

**Email Address:** Rich@TrodellaLapping.com

### THIS SECTION FOR COURT USE ONLY

**Transcript Order Number:** _____

**Transcription Information Sent to Transcriber By:** ☐ TDS ☐ Other: _____

Time Start: ___ Time End: ___ Time Start: ___ Time End: ___

Time Start: ___ Time End: ___ Time Start: ___ Time End: ___

ECRO: ___ Court Division: ___ Processed By: ___

This Form is mandatory and approved for use by the U.S. Bankruptcy Court for the Northern District of California. If the transcript you want is already ordered or on file, contact the transcriber to obtain a copy. Do not use this Form to order a §341 Meeting of Creditors recording. To order a Meeting of Creditors recording visit the U.S. Trustee website.

8/2018

Case: 19-05002  Doc# 13  Filed: 01/28/19  Entered: 01/28/19 16:04:33  Page 1 of 1